BEFORE THE SECOND DIVISION, MAY 20, 1965

No. 69306.—Monarch International, Inc. *v.* United States, protests 63/11870, 63/11871, and 63/11912 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the items marked "A" consist of milliammeters or volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), and that the items marked "B" consist of VU-meters the same as those the subject of *Universal Foreign Service, Inc., et al.* v. *United States* (47 Cust. Ct. 183, C.D. 2300), the claim of the plaintiff was sustained.

No. 69307.—Globe Importing Company et al. *v.* United States, protests 59/25862, etc. (Philadelphia).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

No. 69308.—Unicord, Inc. *v.* United States, protest 61/21895 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of chord organs similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained